The judgment of the trial court is reversed and the cause is dismissed.

## BLACKMAN v. STATE.
### No. 25385.

Court of Criminal Appeals of Texas.
Oct. 3, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for violation of the liquor law and assessed a fine of $250, from which he appeals.

## Richard JOHNSON v. STATE.
### No. 25477.

Court of Criminal Appeals of Texas.
Oct. 10, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The appeal is from a conviction of felony theft. The punishment was assessed by the court at 2 years in the penitentiary.

The record contains an affidavit, in proper form, requesting that the court dismiss the appeal. Appellant's request is granted. The appeal is dismissed.

Opinion approved by the Court.